*Zavodnick & Zavodnick*
*Attorneys at Law*
Suite 1940 - First Union Building
123 South Broad Street
Broad and Sansom Streets
Philadelphia, Pennsylvania 19109

*Howard B. Zavodnick*
*Sandra F. Zavodnick*
*Jamie Z. Lasky*

Telephone (215) 875-7030
Fax (215) 875-7033


FILED
HARRISBURG
MAY 1 2 2004
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

May 8, 2004

Clerk of Courts
United States District Court
Middle District of Pennsylvania
P.O. Box 983
Harrisburg, PA 17108

Re: **Oliver Ellis v. SuperValu, Inc. formerly known as Richfood, Inc. & Richfood, Inc. & Richfood Holdings, Inc. & Richfood PA Division**
No: 1: CV-04-962 (Judge Rambo)

Dear Sirs:

    Please be advised that the above matter was resolved by way of settlement before it was transferred from the Eastern District of Pa. to the Middle District. It was marked withdrawn with prejudice. Please you're your file accordingly.

Very truly yours,

Howard B. Zavodnick